Petition for Writ of Mandamus Dismissed, and Memorandum Opinion filed
December 23, 2008








 

Petition
for Writ of Mandamus Dismissed, and Memorandum Opinion filed December 23, 2008.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01034-CV

____________

 

IN RE HERIBERTO SEDENO-SUAREZ, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N

This
mandamus proceeding, which was filed on November 10, 2008, arises from a trial
court sanctions order signed October 31, 2008.  On December 15, 2008, relator
filed an unopposed motion to dismiss his petition for writ of mandamus.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the mandamus petition is ordered dismissed.

PER CURIAM

Petition for Writ of Mandamus
Dismissed, and Memorandum Opinion filed December 23, 2008.

Panel
consists of Chief Justice Hedges, and Justices Guzman and Brown.